UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ATLANTIC VENEER CORPORATION | Case No. 2:04-CV-00970 |
| Plaintiff, | Judge Edmund A. Sargus |
| v. | |
| TERRY A. ROBBINS, NATALIE K. ROBBINS and NKR, INC., dba OHIO VALLEY LUMBER | |
| Defendants. | |

### ENTRY OF DISMISSAL WITH PREJUDICE

All parties being represented by counsel, it is agreed among the parties and hereby ordered that all claims set forth in this matter are dismissed with prejudice. Each party to pay its own costs in this action.

_____ 1-17-2008
Judge Sargus

*Stuart Brinn*
_____
R. Guy Taft (0021894)
Stuart C. Brinn (0011113)
Nicole M. Lundrigan (0075146)
Strauss & Troy, LPA
The Federal Reserve Building, 4th Floor
150 East Fourth Street
Cincinnati, OH 45202-4018
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
E-mail: rgtaft@strausstroy.com
E-mail: scbrinn@strausstroy.com
E-mail: nmlundrigan@strausstroy.com

_____
David S. Cupps (0017002)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
E-mail: dscupps@vssp.com

Attorneys for Plaintiff
Atlantic Veneer Company

_____
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy, LLP
366 East Broad Street
Columbus, OH 43215

Attorney for Natalie K. Robbins and NKR, Inc.
dba OHIO VALLEY LUMBER

_____
Joseph D. Kirby
295 Pearl Street
P.O. Box 573
Jackson, OH 45640-0573

Attorney for Terry A. Robbins
1156003_1.DOC